THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3041 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LAMONT L. GILLHAM, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed a motion under 28 U.S.C. § 2255 (filing 41), a motion for leave to proceed in forma pauperis (filing 40), and a prisoner account statement (filing 41 (attachment)). Upon review of the application for leave to proceed in forma pauperis and the defendant's trust account information, the motion to proceed in forma pauperis shall be granted.

IT IS ORDERED that the defendant's motion for leave to proceed in forma pauperis (filing 40) is granted.

February 12, 2009.

                                          BY THE COURT:
                                          s/ *Richard G. Kopf*
                                          United States District Judge